```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

GREGORY WALTER STOLL,

    Plaintiff,

v.                            Civil Action No. 2:14-cv-03200

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

## MEMORANDUM OPINION AND ORDER

    The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on February 27, 2015; and the magistrate judge having recommended that the court reverse the final decision of the Commissioner and remand this case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g); and the magistrate judge having further recommended that the court dismiss this matter from the court's docket; and no objection having been filed to the Proposed Findings and Recommendation, it is ORDERED that:

    1.    The Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein;

    2.    The defendant's request to affirm the decision of the

Commissioner be, and it hereby is, denied;

   3.  The case is remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g); and

   4.  This civil action be, and it hereby is, dismissed from the docket of the court.

   The Clerk is directed to forward copies of this written opinion and order to all counsel of record and the United States Magistrate Judge.

                              DATED:  March 19, 2015

                              _____
                              John T. Copenhaver, Jr.
                              United States District Judge